Mr Abel Acosta,

    I recieved you letter about my not meeting with Art 11.07 Section 3(b) of the Code of Criminal Procedure. Sir the 3 packets were not ment to be Petition for Writ of Habeas Corpus; I marked the box for Petition for Discretionary Review. Also you only sent back 2 of the 3 packets I sent and none of the $ 3 hand written memorandums that were with them. Did the Court of Criminal Appeals accept the memorandums for the Petition for Discretionary Review; if not can you please return them?

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

Thank You For Your Time,

Marcus Booth #1939959
Shanchez Unit
3901 State Jail Road
El Paso, Tx. 79938

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk